IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL W. WATKINS )
)
v. ) NO. 3-08-0426
) JUDGE CAMPBELL
KAJIMA INTERNATIONAL, INC., et al. )

ORDER

Pending before the Court are four Reports and Recommendations from the Magistrate Judge (Docket Nos. 231, 246, 250 and 252). Plaintiff has filed objections to each Report and Recommendation (Docket Nos. 260, 280 and 281).

The Court has reviewed the Reports and Recommendations, Plaintiff's Objections, and the file. The Reports and Recommendations are adopted and approved.

Accordingly, Defendant Dorris' Motion to Dismiss (Docket No. 197) is GRANTED, and Plaintiff's claims against Defendant Dorris are DISMISSED.

In addition, the Motion to Dismiss filed by Defendants Hunter, Sands, Vail and the State of California (Docket No. 208) and the Motion to Dismiss filed by Defendant Cavallo (Docket No. 210) are GRANTED, and Plaintiff's claims against Defendants Hunter, Sands, Vail, the State of California, and Cavallo are DISMISSED.

Finally, the Motion to Dismiss Plaintiff's Request for Entry of Default and Motion to Strike the Amended Complaint filed by Defendants Kajima International, Inc., Kajima Building and Design Group, Kajima USA, Inc. and Kajima Corporation (Docket No. 199), is GRANTED in part and DENIED in part as follows. Any claims against Kajima Corporation are DISMISSED. Any

claims against Kajima International, Inc. are DISMISSED. In all other respects, Defendants' Motion (Docket No. 199) is DENIED.

This case is referred to the Magistrate Judge for further pretrial proceedings in accordance with the prior referral Order. Docket No. 5.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE