IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL W. WATKINS, et al.         )
                                    )
v.                                  ) NO. 3-08-0426
                                    ) JUDGE CAMPBELL
KAJIMA INTERNATIONAL, INC., et al.  )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 328) and Objections filed by the Plaintiffs (Docket No. 346).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiffs are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, for the reasons stated in the Report and Recommendation, Defendant Equifax Information Services LLC's Motion to Set Aside Default (Docket No. 238) is GRANTED, and the default entered by the Clerk of Court (Docket No. 230) is set aside. In addition, for the reasons stated in the Report and Recommendation, Defendant Equifax Information Services LLC's Motion to Dismiss (Docket No. 241) is GRANTED, and Plaintiffs' claims against Defendant Equifax Information Services LLC are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE